FILED ___ ENTERED
LODGED ___ RECEIVED

APR 22 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN KRONA,

        Plaintiff,

v.

SNOHOMISH COUNTY SHERIFF, *et al.*,

        Defendants.

CASE NO. C11-315-JLR-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING SERVICE BY FIRST-CLASS MAIL AND PROCEDURES**

The Court **ADOPTS** Magistrate Judge Brian A. Tsuchida's Report and Recommendation, after review of it and Plaintiff's Objections. The Court therefore (A) **DISMISSES** as time-barred the false-arrest claim against Snohomish County Sherriff's Office Deputy Tangborn for failure to state a claim upon which relief may be granted, (B) **DIRECTS** the Clerk to list Deputy Costelio as the sole, remaining defendant, and (C) **ORDERS** service of the amended complaint as follows:

(1)    <u>Service by Clerk</u>

The Clerk is directed to send the following to the sole remaining defendant Deputy Costelio by first class mail: a copy of plaintiff's **amended complaint** (Dkt. 11) and of this Order, Magistrate Judge Tsuchida's Report and Recommendation, two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons, a Waiver of Service of Summons, and a return envelope, postage prepaid, addressed to the Clerk's office.

The Clerk shall also send a courtesy copy of the amended complaint and of this Order to the

ORDER
PAGE -1

Snohomish County Prosecutor's Office, by first-class mail.

    (2)    <u>Response Required</u>

Defendant shall have **thirty (30) days** within which to return the enclosed waiver of service of summons. Any defendant who timely returns the signed waiver shall have **sixty (60) days** after the date designated on the notice of lawsuit to file and serve an answer to the complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure.

Any defendant who fails to timely return the signed waiver will be personally served with a summons and complaint, and may be required to pay the full costs of such service, pursuant to Rule 4(d)(2). A defendant who has been personally served shall file an answer or motion permitted under Rule 12 within **thirty (30) days** after service.

    (3)    <u>Filing and Service by Parties Generally</u>

All attorneys admitted to practice before this Court are required to file documents electronically via the Court's CM/ECF system. Counsel are directed to the Court's website, www.wawd.uscourts.gov, for a detailed description of the requirements for filing via CM/ECF. All non-attorneys, such as *pro se* parties and/or prisoners, may continue to file a paper original with the Clerk. All filings, whether filed electronically or in traditional paper format, must indicate in the upper right hand corner the name of the Magistrate Judge to whom the document is directed.

For any party filing electronically, when the total of all pages of a filing exceeds fifty (50) pages in length, a paper copy of the document (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office for chambers. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers." A party filing a paper original does not need to file a chambers copy.

Additionally, any document filed with the Court must be accompanied by proof that it has

ORDER
PAGE -2

been served upon all parties that have entered a notice of appearance in the underlying matter.

(4) Motions

Regarding the filing of motions before the Court, the parties are directed to review Local Rule CR 7 in its entirety. A few important points are highlighted below:

Any request for court action shall be set forth in a motion, properly filed and served. Pursuant to amended Local Rule CR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. **The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration upon the court's motion calendar.**

**In all instances where one of the parties to a lawsuit is incarcerated, all categories of non-dispositive motions not listed in Local Rule CR 7(d)(1) must be noted for the third (3rd) Friday after the date of filing and service.** *See* Local Rule CR 7(d)(2).

All dispositive motions shall be noted for consideration no earlier than the fourth (4th) Friday following filing and service of the motion.

(5) Direct Communications with District Judge or Magistrate Judge

No direct communication is to take place with the District Judge or Magistrate Judge with regard to this case. **All relevant information and papers are to be directed to the Clerk.**

(6) The Clerk is direct to send a copy of this Order and the General Order to plaintiff and a copy of this Order to Magistrate Judge Tsuchida.

DATED this 22nd day of April, 2011.

JAMES L. ROBART
United States District Judge

ORDER
PAGE -3